■ In the Matter of ROSA M., Appellant, v FRANCISCO P., Respondent. [53 NYS3d 525]—

Appeal from order, Family Court, New York County (Gail A. Adams, Ref.), entered on or about February 8, 2016, which, to the extent appealed from as limited by the briefs, modified a visitation order to provide for overnight visitation with the parties' child every Wednesday until April 14, 2016, unanimously dismissed, without costs.

The temporary visitation order is not an order of disposition and thus not appealable as of right (*see* Family Ct Act § 1112 [a]; *Matter of Holtzman v Holtzman*, 47 AD2d 620 [1st Dept 1975]), and we decline to review it (*see id.*). Moreover, the appeal is moot, as the temporary order has already expired (*see Matter of Sasha B. [Erica B.]*, 73 AD3d 587, 587 [1st Dept 2010], *appeal dismissed* 16 NY3d 755 [2011]). Concur—Renwick, J.P., Richter, Feinman, Gische and Kahn, JJ.